IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00502-EWN-BNB

MARJORIE TAYLOR,

Plaintiff,

v.

THE DEPARTMENT OF VETERANS AFFAIRS,
EASTERN COLORADO HEALTH CARE SYSTEM,
LENNETTE ROTH, ECHCS DIRECTOR,
R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS,
NANCY KELLER, LCSW,
DR. ROBERT T. WILKINS, M.D.,
DR. DONALD WINTERS, J.D.,
DR. KRISTIN P. RILEY-LAZO, M.D.,
DR. LORETTA F. RILEY, PSYCHIATRY INTERN,
5 UNKNOWN JOHN AND JANE DOES FROM HOSPITAL ADMINISTRATIVE, and
DIETETIC, PSYCHIATRIC AND SECURITY DEPARTMENTS,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference at their request and pursuant to

the **Joint Motion for a Status Conference** [Doc. # 6, filed 4/13/2007] (the "Joint Motion").

According to the Joint Motion:

> Plaintiff has very recently become mentally incapacitated for
> reasons unrelated to her claims against the federal defendants.
> Plaintiff's counsel understand that Plaintiff's family may be in the
> process of securing a personal representative for the Plaintiff.
> Given Plaintiff's condition, Plaintiff's counsel is unclear of how to
> proceed, and does not believe he has the consent, or can secure the
> consent, of his client. . . .

*Joint Motion* at ¶5.  The plaintiff's counsel has requested, without opposition, a brief stay of the proceedings while he investigates his client's capacity and considers how to proceed.  Good cause having been shown:

IT IS ORDERED that the request for a stay is GRANTED and the case is STAYED to and including **June 15, 2007**.

IT IS FURTHER ORDERED that the plaintiff's response to the Defendants' Motion to Dismiss [Doc. # 12, filed 5/21/2007] is due on or before **June 22, 2007**.

Dated May 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge