IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00502–EWN–BNB

MARJORIE I. TAYLOR,

    Plaintiff,

v.

DEPARTMENT OF VETERAN AFFAIRS,
EASTERN COLORADO HEALTH CARE SYSTEM,
LENNETTE ROTH, ECHCS DIRECTOR,
R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS,
NANCY KELLER, LCSW,
DR. ROBERT T. WILKINS, M.D.,
DR. DONALD WINTERS, M.D.,
DR. KRISTIN P. RILEY-LAZO, M.D.,
DR. LORETTA F. RILEY, PSYCHIATRY INTERN,
5 UNKNOWN JOHN AND JANE DOES FROM HOSPITAL ADMINISTRATIVE,
DIETETIC, PSYCHIATRIC AND SECURITY DEPARTMENTS,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the "Plaintiff's Voluntary Motion to Dismiss Complaint without Prejudice" filed June 14, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 19th day of June, 2007.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge